UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): **15-4193**

Motion for: **DISMISSAL**

Caption [use short title]:

**UNITED STATES OF AMERICA**

**v.**

**Nicole F. Vaisey**

Set forth below precise, complete statement of relief sought:
**DISMISSAL OF APPEAL**

MOVING PARTY: **Nicole F. Vaisey**
☐ Plaintiff  ☒ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

OPPOSING PARTY: **United States**

MOVING ATTORNEY: **Bradford C. Riendeau**
**637 Academy St.**
**Watertown N.Y. 13601**

OPPOSING ATTORNEY: _____

[name of attorney, with firm, address, phone number and e-mail]

Court-Judge/Agency appealed from: **United States District Court Northern District New York**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☒ No If yes, enter date: _____

Signature of Moving Attorney: _[signature]_ Date: **23 January 2016** Service by: ☐ CM/ECF ☒ Other [Attach proof of service]

Form T-1080 (rev. 12-13)

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

                v.           AFFIDAVIT OF COUNSEL SUPPORTING
MOTION TO WITHDRAW APPEAL
Docket No. 154193

Nicole F. Vaisey,
        Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Bradford C. Riendeau, affirms as follows:

1. I am the attorney for Nicole F. Vaisey in this matter, having been assigned by the Hon. Therese Wiley Dancks at arraignment and continuing subsequently.

After being sentenced in the United States District Court in Syracuse, New York Nicole F. Vaisey was returned by the United States Marshall to be kept at the Broome County Jail just outside Binghamton, New York. That jail is more than three hours drive from my office in summer weather. Thus a visit in person requires a completely free day. My other professional obligations did not allow me to visit her within the time required to appeal. The Broome County jail does not allow visits by counsel on weekends to my knowledge. The additional delay in making this motion is attributable to a calendar filled with court appearances and travel to those appearances.

2. I asked Nicole to provide me with a statement in writing as to whether she wished to appeal her conviction and sentence, or not.

3. The telephone system used by the Broome County Sheriff at the jail does not allow for calls to counsel who are not local, nor does it allow for collect calls to my office.

4. When I received nothing from Nicole, I filed a Notice of Appeal to protect her rights.

5. Subsequently we were able to discuss her desires when she was produced on a writ for sentencing on related state charges in St. Lawrence County Court in Canton, New York on January 5, 2016. She advised that she had no money and no stamps to send me a letter.

6. At that time she expressly directed that she did not want to appeal either of her sentences. She also provided me with a statement to that effect in writing.

7. Thus I request that the appeal to this Court be dismissed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 23 January 2016.

Bradford C. Riendeau

1/5/15

I do not wish to appeal my federal charges

*Nicole Vansey*

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
******************************************
UNITED STATES OF AMERICA

                        v.           DECLARATION OF SERVICE
                                     MOTION TO WITHDRAW APPEAL
                                        Docket No. 154193

Nicole F. Vaisey,
       Defendant.
******************************************

Bradford C. Riendeau affirms as follows:

1. That the annexed affirmation and Form 5-1080 were served by email addressed to Steven D. (USANYN) Clymer <steven.d.clymer@usdoj.gov>, deanna.l.lieberman@usdoj.gov, Paula (USANYN) Briggs <paula.briggs@usdoj.gov>, and upon counsel for the other defendant named in the indictment directed to valarie.bruni@fd.org, james.egan@fd.org, juan.rodriguez@fd.org, Randi Bianco <Randi_Bianco@fd.org>.

2. That by e-mail I requested that the government confirm receipt of the motion.

3. That I received the annexed e-mail message on January 24, 2016

    **From:** Clymer, Steven D. (USANYN) <Steven.D.Clymer@usdoj.gov>
 **Subject:** **RE: 15-4193 United States of America v. Howells (Vaisey)**
     **Date:** January 24, 2016 11:03:43 AM EST
       **To:** Bradford C. Riendeau <riendeau@northnet.org>
       **Cc:** Lieberman, Deanna L. (USANYN) <Deanna.L.Lieberman@usdoj.gov>, Briggs, Paula (USANYN) <Paula.Briggs@usdoj.gov>, valarie.bruni@fd.org, james.egan@fd.org, juan.rodriguez@fd.org, Hezekiah_Toft@ca2.uscourts.gov, Randi Bianco <Randi_Bianco@fd.org>, cmecf@ca2.uscourts.gov

Mr. Riendeau:
The government does not oppose the motion to withdraw the appeal and has no objection to being served by e-mail. I do not know whether the Second Circuit will find that to be sufficient to satisfy its service requirements. Also, it is not clear from your message what you mean by "and notify the court." The government cannot notify the Second Circuit of your motion. You should notify the Court. You can represent that the government has informed you that it does not object to service by e-mail.


Steven D. Clymer
Assistant United States Attorney
Chief, Appeals Division

United States Attorney's Office
Northern District of New York
900 Federal Building
100 South Clinton Street
Syracuse, NY 13261

Voice: 315-448-0684
Fax: 315-448-0658
E-mail: steven.d.clymer@usdoj.gov

*This email and any files transmitted with it are the property of the United States. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sending office immediately by replying to this email and deleting it from your system.*

4. Thus I believe that the government has been served and ask that the matter be docketed accordingly.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 27 January 2016

Bradford C. Riendeau

Case 15-4193, Document 10, 01/29/2016, 1694171, Page7 of 7